UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA M. DODD, AARYN JOHNSON, REGGIE HOLDER, GLORIA GARCIA, ROCHELLE KRUGLER, LISA SHERIDAN, MYRIAM CORREA, SCOTT GERMAN, and ANN-MARIE CARLSON, individually and on behalf of all others similarly situated,

            Plaintiffs,

v.

ADVANCE MAGAZINE PUBLISHERS INC., d/b/a CONDÉ NAST,

            Defendant.

No. 21-cv-8899 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Oral argument on Defendant Advance Magazine Publishers Inc.'s motion to dismiss shall be held on November 17, 2022 at 4:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated:    November 4, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge