**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LINDA M. DODD, AARYN JOHNSON,
REGGIE HOLDER, GLORIA GARCIA,
ROCHELLE KRUGLER, LISA SHERIDAN,
MYRIAM CORREA, SCOTT GERMAN, and
ANN-MARIE CARLSON, individually and on
behalf of all others similarly situated,

       Plaintiffs,
  -against-              21 **CIVIL** 8899 (RA)

                        **JUDGMENT**

ADVANCE MAGAZINE PUBLISHERS INC.,
d/b/a CONDÉ NAST,

       Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated December 19, 2022, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

   December 20, 2022

                       **RUBY J. KRAJICK**
                       _____
                         **Clerk of Court**
         **BY:**    *K. Mango*
                       _____
                         **Deputy Clerk**