UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA M. DODD, AARYN JOHNSON, REGGIE HOLDER, GLORIA GARCIA, ROCHELLE KRUGLER, LISA SHERIDAN, MYRIAM CORREA, SCOTT GERMAN, and ANN-MARIE CARLSON, individually and on behalf of all others similarly situated,

          Plaintiffs,

v.

ADVANCE MAGAZINE PUBLISHERS INC., d/b/a CONDÉ NAST,

          Defendants.

No. 21-CV-8899 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 28, 2022, the Court extended Defendant's deadline to seek attorneys' fees to February 2, 2023, and on January 18, 2023, Plaintiffs filed a notice of appeal in this matter. On April 7, 2023, the Court of Appeals for the Second Circuit so-ordered a stipulation between the parties in this case withdrawing the appeal.

No later than May 10, 2023, Defendant shall update the Court on whether it still intends to move for attorneys' fees in this matter and propose a deadline by which to do so.

SO ORDERED.

Dated:    May 5, 2023
          New York, New York

_____
Ronnie Abrams
United States District Judge